RECEIVED
OCT 2 8 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DARREN BENJAMIN | CIVIL ACTION NO. 6:15-cv-0568 |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| MICHAEL NEUSTROM, ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this 28th day of October, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE